**Copyrights-In-Suit for IP Address 108.48.204.45**

**ISP:** Verizon Internet Services
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sex At The Office | PA0001990003 | 01/07/2016 | 01/18/2016 | 12/22/2017 |
| Pussy Cat Burglar | PA0002033408 | 09/03/2016 | 11/13/2016 | 12/13/2017 |
| Wet Perfection | PA0002036156 | 10/07/2016 | 12/04/2016 | 12/03/2017 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 11/30/2017 |
| Would You Fuck My Girlfriend | PENDING | 11/10/2017 | 11/28/2017 | 11/17/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  5**

EXHIBIT B

DC166