UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 18-601 (RMC) |
| ADAM HARPER, | ) | |
| Defendant. | ) | |

**ORDER TO SHOW CAUSE**

Plaintiff Malibu Media, LLC filed a Complaint [Dkt. 1] in this matter on March 17, 2018, against Defendant John Doe. After conducting some discovery, Malibu Media determined the identify of John Doe and filed an Amended Complaint [Dkt. 8] on September 12, 2018, listing Adam Harper as Defendant. Defendant Adam Harper was served with a summons and copy of the Amended Complaint on October 13, 2018 [Dkt. 4]. Defendant has failed to appear, plead, or otherwise defend. As a result, the Clerk of Court entered default against him on December 6, 2018 [Dkt. 15]. On December 12, 2018, Plaintiff filed a motion for entry of default judgment [Dkt. 16], with a Proposed Order [Dkt. 16-8], Memorandum [Dkt. 16-2], and Exhibits [Dkts. 16-3, 16-4, 16-5, 16-6, and 16-7]. Defendant has not filed a response. Accordingly, it is hereby

**ORDERED** that no later than January 24, 2019, Defendant shall **SHOW CAUSE** in writing why the Court should not grant Plaintiff's motion for default judgment [Dkt. 16].

Date: December 13, 2018

ROSEMARY M. COLLYER
United States District Judge